PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Peter Strannemar                                  Docket No. 08-176-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Stephanie Ferruggia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Peter Strannemar**, who was placed under pretrial release supervision by the **Honorable Esther Salas** sitting in the Court at Newark, New Jersey, on March 11, 2008, under the following conditions:

1. Pretrial Services Supervision
2. Travel restricted to NJ and CT, unless otherwise approved by Pretrial Services
3. Surrender passport/make no new applications
4. Surrender all firearms within 24 hours and provide verification
5. Surrender firearms purchaser card
6. Do no possess any firearms or other dangerous weapons

On May 23, 3008, the defendant appeared before Your Honor for the purposes of a Plea Hearing and bail was continued as previously set.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER the added condition of alcohol testing and treatment as deemed appropriate by Pretrial Services.

ORDER OF COURT

Considered and ordered this 15th day of July 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/15/08

_____
Stephanie Ferruggia
U.S. Pretrial Services Officer