UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETER O. STRANNEMAR,<br><br>Defendant. | CRIMINAL NO. 08 - 00176<br><br>Honorable Stanley R. Chesler<br><br>**ORDER<br>EXTENDING DEFENDANT'S<br>SELF-SURRENDER DATE<br>TO NOVEMBER 18, 2008** |

IT IS hereby ordered, upon the application of the defendant Peter O. Strannemar, through his counsel, DeCotiis, FitzPatrick, Cole & Wisler, LLP (by Richard F.X. Regan, Esq.), and with the consent of the United States (through Assistant United States Attorney Anthony Moscato) that the defendant Strannemar's date for his self-surrender to his designated federal facility be extended to November 18, 2008.

SO ORDERED on this 20 day of October 2008.

Honorable Stanley R. Chesler
United States District Judge

Consented To As To Entry And Form

Richard F. X. Regan, Esq.
Attorney for Defendant

Anthony Moscato
Assistant United States Attorney