PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Peter Strannemar

**Docket Number:** 08-00176-002
**PACTS Number:** 51302

**Name of Sentencing Judicial Officer:** HONORABLE STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 09/16/2008

**Original Offense:** CONSPIRACY TO DEMAND AND RECEIVE UNLAWFUL LABOR PAYMENTS AND INCOME TAX EVASION

**Original Sentence:** 27 months imprisonment; 36 years supervised release. Special conditions: financial disclosure, no new debt, alcohol aftercare, employment restriction specifically employment with any labor position in any labor organization, and collection of DNA.

**Type of Supervision:** TSR

**Date Supervision Commenced:** 04/02/10

**Assistant U.S. Attorney:** Anthony Moscato, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** William R. Lundsten, DeCotiis, Fitzpatrick, Cole & Wisler, LLP, Glenpointe Center West, 500 Frank W. Burr Boulevard, Teaneck, New Jersey 07666, (201) 907-5209

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'

    On several dates throughout March 2012, agents from the United States Department of Labor Office of the Inspector General, received information that Strannemar was violating several laws, by threatening the life of an individual whom he believed was a witness for the government, causing his conviction for the instant offenses, as evidenced by the offender's overt actions and conduct specified below.

PROB 12C - Page 2
Peter Strannemar

In June 2011, Strannemar stated that the alleged witness was a "f***ing rat." Thereafter, he proceeded to the back of his car, and produced a rat trap with a dead fake rat in it stating, "This is what happens to rats."

In early March 2012, the offender attended a party, at which time he was inquiring as to the whereabouts of the alleged witness, stating that he was a "No good mother f***er rat bastard." Although Strannemar was unsuccessful in obtaining the whereabouts of the alleged witness, he did obtain the victim's phone number.

Thereafter, the offender attempted telephonic contact with the alleged witness on several occasions. He was eventually successful at which time Strannemar called the alleged witness slanderous names. He further stated "What goes around comes around" and "You will get yours." The victim stated that he felt threatened by Strannemar's aforementioned statements.

Agents also interviewed the victim's wife telephonically and she stated that her husband had received several phone calls from an unknown number. At the time her husband answered the phone, she stated that she was standing within earshot of her husband and heard someone on the other line shouting profanities at him. She recognized the voice to be that of Pete Strannemar. She heard him say to her husband, "What goes around comes around" and that the victim would "get his" in the second week of April. Neither the victim nor his wife knew what Strannemar was referring to when he mentioned the second week of April.

At the conclusion of the aforementioned call, the victim's wife stated that when she called the number back, which has been verified as Strannemar's, that he said, "F**k you" and hung up. A second attempt to contact him was unsuccessful, at which time she left a message on his voice mail informing him to cease contacting and threatening them.

As such the offenders actions and conduct are in violation of the laws as cited in Title 18 U.S.C. § 875(c), Interstate Communications, as well as NJSA 2C:12-3, terroristic threats, NJSA 2C:33-2, disorderly conduct and NJSA 2C 33-4, harassment.

I declare under penalty of perjury that the foregoing is true and correct.

By: Jessica M. Alberts
U.S. Probation Officer
Date: 5/8/12

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

5/11/12
_____
Date